10

NO IFP

POOR QUALITY ORIGINAL

United States District Court
for the
Eastern District of Michigan
Southern                    Division

Darryl McGore
Plaintiff

Case: 2:25-cv-13365
Assigned To : Goldsmith, Mark A.
Referral Judge: Stafford, Elizabeth A.
Assign. Date : 10/23/2025
Description: Darryl McGore V John Doe of Freshscent Company et al
(LLH)

-VS-

Employers John Doe
or Jane Doe of Fresh-
scent Company / Corpora-
tion, and Fresh Mint
Company Employer John Doe
and Jane Doe in Their
individual Capacity.
Defendents

United States
District Court

Civil Jory Trial
Requested.

(1)      42 USca 1983 Federal Civil Rights
Civil Lawsvit

This is a 42 USca 1983 Federal Civil Rights
Civil Lawsvit Filed on Product Liability
(1)

Claim based on Failure to Warn on the dates or Expiration dates on The Long Tube of FreshMint Toothpaste and the Small plastic Packs of FreshMint tooth Paste issued to the punitive Segregation Prisoner Danryl McGore #142739.

Under Duty to Warn of the Expiration Date it does Not Have The Printed June 2025 of December 25th 2025 Expiration Warning Date. in The Administrative Segregation And temporary Segregation At the Thumb Correctional Facility cell #7 base The Plaintiff Danryl McGore Was given the Out dated 2023 Expired tooth Paste Packs, and Long tubes of FreshMint toothpaste.

The toothpaste tasted Very Stale and Dull and No Cavity Protection taste due to Expiration date.

2)

_____Jurisdiction_____

Under $75,000.00 Diversity Jurisdiction

(2)

Under 28 USCA 1391, 28 USCA 1331, and 28 USCA 1343 for a Diversity Juris-diction of $75,000.00 (Dollars) to Sue The FreshMart Tooth Paste Corporation subsidiary for Product Liability and Duty owed to Plaintiff McGore and Duty to Warn on Defective Product.

(3)      Venue

28 USCA 1441, 28 USCA 1391, and 28 USCA 1442 Multiple jurisdiction for $75,000.00 (Seventy-Five Thousand Dollar Venue to Valid for Ph. Terry McGore #142739 to Have Venue.

(4)      Plaintiff's Address

Carson City Correctional Facility 10274 Boyer Road. Carson City, Michigan, 48811.

(3)

(5)      <u>Defendant Address</u>

Fresh Mint toothpaste Corporation Company is At

(6)      <u>Statement of Facts</u>

On the Date of 7/28/2025 At or Around 4:00 to 4:17 PM Afternoon I was At The Thumb Correctional and Placed in Punitive / Temporary segregation For a Class II Major ticket, and when The plaintiff McCore #142739 was placed in Cell 7 Base. <u>The Product Liability Duty owed to The plaintiff</u> McCore when He Used The outdated toothpaste. <u>Deliberate indifference to the protective Needs</u> That The outdated toothpaste had Caused The personal injury, physical injury, by Supervisory Liability Negligence.

(7)

That the substantial risk of harm, and
posed a great risk of Harm, in The Failure
to Warn Duane McGore of the Expiration
date on The FreshMint Packs and tooth paste
tubes At The Carson City Correctional Facility
on 9/6/2023 whereby the tube of FreshMint
tooth paste Had the Expiration Date of June
2023 on the tube Without the Correct ex-
piration date.

(7.) Under MCR. 3.612 (a) to (e) The Corpora-
tion Doing business in The State of Michigan
which is in North Carolina State Corporation
is by Contract doing business within The
State of Michigan and The Federal Long
-Arm Statute 28 USCA 1332 (a) to (k) (e) NM
$ 75,000. in Dollars. The (NME) Inc. Proctor
Made in The Country of India, and In a line
Way. Nashville, Tennessee The Fresh cent li-
a Nashville, Tennessee Corporation Making
The Fresh Cent Stick Deodorant Without Expi-
ration Date.                            (5)

The Cruel and Unusual Punishment in The Refusal to Place a Warning, Expiration date by The Issuance Of The Freshscent Deordorant, and Fresh Mint tooth Paste to The Michigan Department of Corrections for Administrative Segregation, Punitive Segregation, and Temporary Segregation Cosmetic Issuance, that The Carson City Correctional Facility and The Thumb Correctional Facility Wardens Has Accepted The Non-Expirated Prints on The Product Thereby Making The out of State Corporations a Breach of Contract Under 39 USca 601, 39 USca 602, 39 USca 608 39 USca 609, Federal Breach of Contract. That a $26,000.00 Compensatory Damages Request is Made by The Plaintiff Darryl McGone, And a $100,000.00 Exemplary Damage Claim is Made against The China Corporation Under MCLa. 600. 1830, (1963)) MCLa. 600. 1831 (1963) Long-Arm Statute. and The Achens Way Employers, Personnel.

(6)

(8) The $75,000.00 Limit for a Diversity Jurisdiction 28 USCA 1332 (a) to (b) A Class Plaintiff Darryl Mc Gone to Sue for $75,000.00 Dollar Limits. For out of State Company Failure to Warn Plaintiff Mc Gone of The Past Stale Date of June 2023, Date on Fresh Cent Deodorant and on the toothpaste Packages.

(9.) Defendants' Have No Qualified Immunity Under MCLA.691.1406, MCLA.691. 1406, Under Color of Federal Law Violation Under 28 USCA 1331, 28 USCA 1343 That The Policy, Custom, and Usage to Violated by The China Company and The Nashville Tennesse Company. Sending No Date of Expiration Date on It's Stick Deodorant, and the long tube of FreshScent toothpaste a June 2023 Expired Date.

(7)

No Ultra Vires IMMunity is entitled to the out of State Corporation And The Nashville, Tennesee Corporation A chem way EMployers, And EMployees. No Governmental IMMunity Under 28 USCA 1331, 28 USCA 1343, And MCR 3.612 (a) to (e) The Michigan Corporation Has No Qualified IMMunity

(8)

Relief Requested

Wherefore, Plaintiff Request That The Court Grant The 42 USCA 1983 Federal Civil Law-suit On the Merits and in The Amount of $75,000.00 Compensatory DaMages $100,000.00 (One Hundred Thousand Dollars) Exemplary DaMeges and $152,000 Dollars a Month Under 18 USCA 3663, 18 USCA 3664 Fines, And Restitution against The Defendants. MCLA. 780.767 (1963).

(9)

to Issue a Writ of Mandamus in the Amount of $ 26,000.00 Dollars.

(10)

Respectfully Submitted
By: Daryl McGlore

#142739.
Carson City, Correctional
Facility, 10274, Boyer Road
Carson City, Michigan, 48811

Dated: 10/07/2025

CC:

